UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH BRANDT,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | C19-920 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court hereby WITHDRAWS the reference of all pretrial matters to Magistrate Judge David W. Christel.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 10th day of July, 2019.

                                     William M. McCool
                                     Clerk

                                   s/Karen Dews
                                   Deputy Clerk

MINUTE ORDER - 1